UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

| | |
|---|---|
| Case No. 2:23-cr-00595-RGK | Date: 11/10/2025 |
| Present: The Honorable: Karen L. Stevenson, United States Magistrate Judge | |
| Interpreter N/A | Language N/A |

| Gay Roberson | 11/10/2025 | Kevin Reidy |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s)  ✔ Present  In Custody | Attorneys for Defendants:  ✔ Present  DFPD |
|---|---|
| Gregory Alan Foster | Elizabeth Faber |

Proceedings: Arraignment of Defendant and/or
✔ Assignment of Case
   Initial Appearance
   Appointment of Counsel

\* Defendant states true name is the name on the Indictment.

\* Defendant is arraigned under name on the Indictment.

\* Defendant pleads "not guilty" to all counts of the Indictment.

\* This case is assigned to Judge R. Gary Klausner.

\* It is ordered that the following date(s) and time(s) are set: Jury Trial: 1/6/2026 9:00 AM

\* The parties are referred to Judge Klausner's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov. The government is ordered to turn over any discovery within two weeks. If there are any problems regarding discovery, counsel are to file a joint report within two weeks. Judge Klausner is located in 850, Los Angeles - Edward R. Roybal Federal Building, 255 East Temple Street, CA 90012-3332.

cc:  PSALA            PSAED            PSASA
  ✔ USMLA            USMED            USMSA
    Statistics Clerk                  Interpreter
    CJA Supervising Attorney          Fiscal

Initial Appearance/Appointment of Counsel: 00 : 00
Arraignment: 00 : 03
Initials of Deputy Clerk: GR by TRB